UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHAD AARON WARD,<br><br>             Petitioner,<br><br>    vs.<br><br>GRIBBS, Warden, et al.,<br><br>             Respondents. | No. CV 10-1918-PA(AJW)<br><br>JUDGMENT |

**It hereby is adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: May 7, 2010

_____
Percy Anderson
United States District Judge